NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**PAR PHARMACEUTICAL, INC., ALKERMES
PHARMA IRELAND LIMITED,**
*Plaintiffs-Appellants*

**v.**

**TWI PHARMACEUTICALS, INC.,**
*Defendant-Appellee*

_____

2015-1880

_____

Appeal from the United States District Court for the
District of Maryland in No. 1:11-cv-02466-CCB, Judge
Catherine C. Blake.

_____

**ON MOTION**

_____

PER CURIAM.

# O R D E R

Par Pharmaceutical, Inc. and Alkermes Pharma
Ireland Ltd. ("Par") move to enjoin TWi Pharmaceuticals,
Inc. from marketing and selling its generic Megace® ES
product pending appeal. Par also requests that the court
expedite the briefing schedule in the underlying appeal.
TWi opposes the motion and the request to expedite.

2    PAR PHARMACEUTICAL, INC. v. TWI PHARMACEUTICALS, INC.

Rule 8(a)(2) of the Federal Rules of Appellate Procedure authorizes this court to grant an injunction while an appeal is pending. Our determination is governed by four factors: (1) whether the applicant had made a strong showing that it is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent an injunction; (3) whether issuance of the injunction will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *See Hilton v. Braunskill,* 481 U.S. 770, 776 (1987). Based on the arguments in the motions papers, and without prejudicing the ultimate disposition of this case by a merits panel, we conclude that Par has not demonstrated entitlement to an injunction pending appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The request to expedite the underlying appeal is granted to the extent that Par's opening brief is due no later than 20 days after the date of filing of this order; TWi's response brief is due no later than 20 days after Par files their opening brief; Par's reply brief and the joint appendix are due no later than 10 days after TWi files its response brief. Oral argument will be scheduled by a subsequent order of this court.

(2) Par's motion for an injunction and temporary restraining order pending appeal is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court